CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR 18-217 |
|---|---|
| Plaintiff, vs. KEITH STRAND, Defendant. | ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM AND EXHIBITS 6 AND 7 |

THE COURT, having reviewed the defendant's Motion to Seal, and finding that the Sentencing Memorandum and reports of experts found in Exhibits 4 and 6 contain private, protected, and sensitive information the disclosure of which could be harmful to compelling interests, IT IS HEREBY ORDERED

Defendant's Sentencing Memorandum and Exhibits 4 and 6 shall be sealed.

Signed this 2nd date of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SEAL
*KEITH STRAND*

LAW OFFICE OF
CATHY GORMLEY, PLLC
7511 Greenwood Avenue Suite 821
Seattle, Washington 98103
(206) 624-0508  FAX (206) 622-9091