CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEITH STRAND, <br><br> Defendant. | NO. CR18-217 RSM <br><br> ORDER GRANTING DEFENDANT STRAND'S MOTION FOR LEAVE TO FILE OVERLENGTH SENTENCING MEMORANDUM |

KEITH STRAND, having moved the Court for an order granting leave to file an overlength sentencing memorandum, and the Court finding that the number, nature, and complexity of the issues presented in the memorandum required significant briefing, DOES HEREBY ORDER that the motion for leave to file the oversized motion is granted and the memorandum may be filed.

Dated this 2nd day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

CR18-217 RSM USA v. Strand
Order to File Overlength Brief - 1

CATHY GORMLEY
600 1ST AVENUE SUITE 304
SEATTLE, WASHINGTON 98103
(206) 624-0508