Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEITH STRAND,<br><br>    Defendant. | NO. CR18-217 RSM<br><br>**ORDER SEALING GOVERNMENT'S MOTION TO SEAL EXHIBIT TO GOVERNMENT'S SENTENCING MEMORANDUM** |

THE COURT hereby SEALS the Government's Exhibit to Government's Sentencing Memorandum.

DATED this 2nd day of June, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Mike Lang*
MIKE LANG
Assisted United States Attorney

Order Sealing Government's Exhibit to Government's
Sentencing Memoradum - 1
*United States v. Keith Strand*/CR18-217 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970