CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR 18-2176 RSM |
|---|---|
| Plaintiff, vs. | ORDER SEALING DEFENDANT'S LETTER TO THE COURT |
| KEITH STRAND, | |
| Defendant. | |

THE COURT, having reviewed the defendant's Stipulated Motion to Seal, and finding that the defendant's letter to the Court contain private, protected, and sensitive information the disclosure of which could be harmful to compelling interests, IT IS HEREBY ORDERED

Defendant's letter to the Court shall be sealed.

Signed this 2nd day of June, 2021

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SEAL
*KEITH STRAND*

LAW OFFICE OF
CATHY GORMLEY, PLLC
7511 Greenwood Avenue Suite 821
Seattle, Washington 98103
(206) 624-0508  FAX (206) 622-9091