CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.

KEITH STRAND,

      Defendant.

No. CR 18-2176 RSM

ORDER SEALING MOTION TO
DELAY REPORTING DATE AND
FOR STATUS CONFERENCE

Noting Date 7/8/2021

THE COURT, having reviewed the defendant's Motion to Seal, and finding that the Motion to Delay Reporting and for a Status Conference contains sensitive information, the disclosure of which could be harmful to compelling safety and other interests, IT IS HEREBY ORDERED

Defendant's Agreed Motion to Delay Reporting Date and for Status Conference shall be sealed.

DATED this 2nd day of July, 2021.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL
*KEITH STRAND*

LAW OFFICE OF
CATHY GORMLEY, PLLC
7511 Greenwood Avenue Suite 821
Seattle, Washington 98103
(206) 624-0508 FAX (206) 622-9091

1    Respectfully submitted this 2nd day of July 2021.

2

3    s/ Cathy Gormley
     WSBA #26169
4    Counsel for Keith Strand

5

6

7                          **CERTIFICATE OF SERVICE**

8

9            I, Cathy Gormley, certify that on June 2, 2021, I filed a copy of this document with

10   ECF, which will provide copies to the parties via e-mail.

11

12

13                                        /s/Cathy Gormley
                                          Cathy Gormley, WSBA #26169
14

15

16

17

18

19

20

21

22

23

24

25

PROPOSED ORDER TO SEAL
*KEITH STRAND*

LAW OFFICE OF
CATHY GORMLEY, PLLC
7511 Greenwood Avenue Suite 821
Seattle, Washington 98103
(206) 624-0508 FAX (206) 622-9091