CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR18-217 RSM |
|---|---|
| Plaintiff, vs. | ORDER DELAYING REPORT DATE AND SETTING STATUS CONFERENCE |
| KEITH STRAND, Defendant. | |

THIS COURT, having reviewed the agreed Motion to Delay the Report Date and to Set a Status Conference, HEREBY ORDERS:

The current report date of July 15, 2021 will be stricken and the matter will be addressed at a status conference to be held on August 27, 2021 at 11:00 a.m.

DATED this 2nd day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DELAYING REPORT DATE AND
SETTING STATUS CONFERENCE- 1
KEITH STRAND

LAW OFFICE OF
CATHY GORMLEY
7511 Greenwood Avenue #821
Seattle, Washington 98103
(206) 624-0508  FAX (206) 905-3371

Respectfully submitted this 2nd day of July, 2021.

/s/Cathy Gormley
WSBA #26169
Attorney for Mr. Strand

## CERTIFICATE OF SERVICE

I, CATHY GORMLEY, hereby certify that on July 2, 2021, I filed this document with the U.S. District Court's Electronic Filing (ECF) system, which will serve a copy by email to all parties.

/s/Cathy Gormley
Cathy Gormley, WSBA #26169

ORDER DELAYING REPORT DATE AND
SETTING STATUS CONFERENCE- 2

KEITH STRAND

LAW OFFICE OF
CATHY GORMLEY
7511 Greenwood Avenue #821
Seattle, Washington 98103
(206) 624-0508  FAX (206) 905-3371