The Honorable Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KEITH STRAND,<br><br>Defendant. | NO. CR18-217 RSM<br><br>**ORDER TO SEAL EXHIBIT A** |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that:

Exhibit A in this matter be FILED UNDER SEAL because it contains confidential investigative information pertaining to Mr. Strand and other defendants and is not permitted to be made publicly available.

IT IS SO ORDERED this 16th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Mike Lang
MIKE LANG
Assistant United States Attorney