CHIEF JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>vs.<br><br>KEITH STRAND,<br><br>   Defendant. | No. CR 18-217 RSM<br><br>ORDER SEALING DEFENDANT'S RESPONSE TO GOVERNMENT'S RESENTENCING MOTION<br><br>Clerk's Action Necessary |

THE COURT, having reviewed the defendant's Motion to Seal, and finding that the defendant's Response to the Government's Motion contains private, protected, and sensitive information the disclosure of which could be harmful to protected privacy interests, IT IS HEREBY ORDERED

Defendant's Response to Government's Resentencing Motion shall be sealed.

DATED this 12th date of November, 2021

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SEAL
*KEITH STRAND*

LAW OFFICE OF
CATHY GORMLEY, PLLC
7511 Greenwood Avenue Suite 821
Seattle, Washington 98103
(206) 624-0508  FAX (206) 622-9091

**CERTIFICATE OF SERVICE**

I, Cathy Gormley, certify that on November 9, 2021, I filed a copy of this document with ECF, which will provide copies to the parties via e-mail.

/s/Cathy Gormley
Cathy Gormley, WSBA #26169

ORDER TO SEAL
*KEITH STRAND*

LAW OFFICE OF
CATHY GORMLEY, PLLC
7511 Greenwood Avenue Suite 821
Seattle, Washington 98103
(206) 624-0508  FAX (206) 622-9091