UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH STRAND,<br><br>Defendant. | Case No. CR18-217RSM<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION |

This matter has come before the Court on defendant Keith Strand's Unopposed Motion for Early Termination of Supervised Release (dkt #1085). The Court has reviewed the defendant's motion and the records and files herein.

IT IS NOW ORDERED that Defendant's motion for early termination of supervised release is GRANTED and supervised release is terminated.

DATED this 9th day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1